AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RECEIVED
2007 OCT 10 AM 10:29
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

HARRAH'S LAS VEGAS, INC., doing business as HARRAH'S LAS VEGAS HOTEL AND CASINO
V.
SERENA HSIAO, an individual

CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

CV 07-80232 MISC. JW HRL

Case Number: 2:06-cv-01501-LRH-RJJ

I, LANCE S. WILSON Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action 08/24/07 (Date), as it appears in the records of this court, and that

**no notice of appeal from this judgment has been filed, and no motion of any kind listed in 4(c) of Federal Rules of Appellate Procedure has been filed.**

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

September 28, 2007
Date

LANCE S. WILSON
Clerk

(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

RECEIVED
2007 OCT 10 AM 10:29
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA S.J.

DAVID C. NELSON, ESQ.
Nevada Bar No. 006073
LAW OFFICES OF DAVID C. NELSON
711 South Fourth Street, Suite 203
Las Vegas, Nevada 89101
Telephone Number: (702) 385-5595
Facsimile Number: (702) 385-5593
Attorneys for Plaintiff
Harrah's Las Vegas, Inc. d/b/a
Harrah's Las Vegas Hotel & Casino

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CV 07-80232MISC JW HRL

HARRAH'S LAS VEGAS, INC., doing business as HARRAH'S LAS VEGAS HOTEL AND CASINO

Plaintiff,

vs.

SERENA HSIAO, an individual,

Defendant.

Case No.: 2:06-cv-01501-LRH-RJJ

**JUDGMENT**

This matter having come before the Court pursuant to the Application for Entry of Judgment by Default of Plaintiff, HARRAH'S LAS VEGAS, INC., doing business as HARRAH'S LAS VEGAS HOTEL AND CASINO.

Defendant, SERENA HSIAO, having been duly served with the Summons and Complaint in this action and having failed to answer or otherwise respond to the Summons and Complaint or enter any appearance in this action, a Default having been duly entered against said Defendant by the Court Clerk on July 26, 2007, and good cause appearing therefor, it is hereby:

\\\

ORDERED, ADJUDGED, AND DECREED that Judgment is entered in favor of Plaintiff, HARRAH'S LAS VEGAS, INC., doing business as HARRAH'S LAS VEGAS HOTEL AND CASINO, and against Defendant, SERENA HSIAO, and that said Defendant do pay the Plaintiff the following amounts:

1. The principal sum of Two Hundred Thousand and No/100 U.S. Dollars ($200,000.00) due and owing by Defendant to Plaintiff for monies lent by the Plaintiff to the Defendant;

2. Pre-judgment statutory interest in the amount of Seventy Thousand One Hundred Fourteen and 06/100 U.S. Dollars ($70,114.06), through August 22, 2007;

3. Reasonable attorneys' fees, pursuant to contract, in the amount of One Thousand and No/100 U.S. Dollars ($1,000.00); and

4. Costs of suit in the amount of Four Hundred Seventy-Five and 35/100 U.S. Dollars ($475.35).

For a total Judgment in favor of Plaintiff, HARRAH'S LAS VEGAS, INC., doing business as HARRAH'S LAS VEGAS HOTEL AND CASINO, and against Defendant, SERENA HSIAO, in the amount of **Two Hundred Seventy-One Thousand Five Hundred Eighty-Nine and 41/100 U.S. Dollars ($271,589.41)**, all to bear interest at the Nevada statutory rate from August 23, 2007 until paid in full.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff, HARRAH'S LAS VEGAS, INC., doing business as HARRAH'S LAS VEGAS HOTEL AND CASINO, shall be entitled to recover from Defendant, SERENA HSIAO, all costs, expenses and reasonable attorneys' fees incurred and attendant to registration, enforcement and collection of this Judgment, to be taxed as supplemental costs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Judgment shall be considered a final Judgment for all purposes.

FOR WHICH SUMS LET EXECUTION ISSUE.

DATED this 24th day of August, 2007.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

LAW OFFICES OF DAVID C. NELSON

By: /s/ David C. Nelson
David C. Nelson, Esq.
Nevada Bar Number: 6073
711 South Fourth Street, Suite 203
Las Vegas, Nevada 89101
Telephone: (702) 385-5595
Facsimile: (702) 385-5593
Attorneys for Plaintiff
Harrah's Las Vegas, Inc. d/b/a
Harrah's Las Vegas Hotel & Casino

I hereby attest and certify on 9-5-07 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By __________ Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

District of

## EXEMPLIFICATION CERTIFICATE

I, Lance S. Wilson, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

2:06-cv-01501-LRH-RJJ Harrah's Las Vegas, Inc. d/b/a Harrah's Las Vegas Hotel and Casino v. Hsiao
Document # 14, Judgment

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at Las Vegas on 9/5/2007

*City* *Date*

LANCE S. WILSON

*Clerk*

*(By) Deputy Clerk*

I, Judge Larry R. Hicks, a Judicial Officer of this Court, certify that Lance S. Wilson, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

9/12/07

*Date*

*Signature of Judge*

Honorable Judge Larry R. Hicks

*Title*

I, Lance S. Wilson, Clerk of this United States District Court, keeper of the seal, certify that the Honorable Judge Larry R. Hicks,

*Judge*

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's RIIicial signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at Las Vegas in this State, on 9-13-07

*City* *Date*

LANCE S. WILSON

*Clerk*

*(By) Deputy Clerk*

UNITED STATES DISTRICT COURT DISTRICT OF NEVADA